PROVISION SALESMEN & DISTRIBUTORS UNION, LOCAL 627, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO *v.* UNITED STATES ET AL.

No. 790. Decided January 27, 1969.

*Louis Waldman* and *Seymour M. Waldman* for appellant.

*Solicitor General Griswold* and *Assistant Attorney General Zimmerman* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed. *United Mine Workers of America* v. *Pennington,* 381 U. S. 657; *American Federation of Musicians* v. *Carroll,* 391 U. S. 99; and *Los Angeles Meat Drivers Union* v. *United States,* 371 U. S. 94.

MR. JUSTICE STEWART is of the opinion that probable jurisdiction should be noted.